UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FORREST RICHARDSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-576-JWD-SDJ** |
| **ALBERTSONS COMPANIES INC. LOUISIANA, et al.** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 31, 2023 (Doc. 16), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 7) and Plaintiff's Motion for Leave to Amend (Doc. 8) both are **DENIED**. *See* 28 U.S.C. § 1441(b)(1) ("In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded."); *Weaver v. Metro. Life Ins. Co.,* 939 F.3d 618, 624 (5th Cir. 2019) ("We explained in the past that Congress has indicated that federal diversity jurisdiction is defeated so long as, after removal, fictitious defendants are replaced with nondiverse, named defendants."); *Wonsley v. Kroger Co. Madison, MS,* 2020 WL 8922845, at *2 (S.D. Miss. May 20, 2020) ("The citizenship of parties sued under fictitious names is disregarded for the purposes of determining whether a civil action is removable on the basis of diversity jurisdiction.").

**IT IS FURTHER ORDERED that** Plaintiff's Amended Complaint (Doc. 10) is **STRUCK** from the record by the Clerk of Court.

Signed in Baton Rouge, Louisiana, on April 21, 2023.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT**